IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLYN PHILLIPS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-1058 |
| TRANSUNION, LLC, ET AL. | : | |

**O R D E R**

**AND NOW**, this ___25th___ day of ___April___, 2012, upon consideration of

Defendant Transunion, LLC's Motion for Judgment on the Pleadings Pursuant to Rule 12(c)

(ECF No. 14), and all documents submitted in support thereof and in opposition thereto, it is

**ORDERED** as follows:

1. Defendant's Motion for Judgment on the Pleadings Pursuant to Rule 12(c) is

   **GRANTED**.

2. Defendant's Counterclaim is **REMANDED** to the Court of Common Pleas of

   Bucks County, Pennsylvania.

3. The Clerk of Court is directed to mark this case as **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**